Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

District of Connecticut

U.S.A.

v.

JOSE RIVERA

Docket No. 3:03CR242(SRU)

Hon. Stefan R. Underhill
(District Court Judge)

Notice is hereby given that __Jose Rivera__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ___ ]
(specify)

entered in this action on __June 28, 2005__
(date)

Offense occurred after November 1, 1987     Yes [ X ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ X ]    No [ ___ ]

Date __July 1, 2005__

TO:
Eric J. Glover
Assistant United States Attorney
P.O. Box 1824
New Haven, CT  06508

Paul F. Thomas
(Counsel for Appellant)

Address: Office of the Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT  06510

Telephone Number: (203) 498-4200

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ► QUESTIONNAIRE | ► TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ X ] Sentencing 6/28/05<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))
Method of payment     [ ___ ] Funds [ X ]     CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE _____    DATE July 1, 2005

► COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk)
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02