FILED

# UNITED STATES DISTRICT COURT

2005 DEC 27 P 1:51

U.S. DISTRICT OF CONNECTICUT
NEW HAVEN, CT

USA

VS.                                            CV. NO. 3:03 cr 242 (SRU)

                                               USCA NO.   05-3622-cr

RIVERA

### INDEX TO THE RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND 2 vols
VOLUMES OF ORIGINAL RECORD.
DATE: 12/29/05