THE U.S.D.Court(D-Conn.)

JOSE M.RIVERA , MOVANT, PROSE                                          MAY 8th 2006
  VS.                                    FILED
UNITED STATES OF AMERICA ,                                             03-CR-0242
                        RESPONDENT        2006 MAY 22  P 12: 49

<u>MOTION FOR EXTENSION OF TIME TO FILE MOVANT'S 28 U.S.C.S. §2255</u>

  J.Stefan R.Underhill, presided over the trial and sentencing on 5-28-04, of the movant,Jose R. Rivera. Paul F.Thomas represented the movant at the following: pretrial, trial,sentencing and on appeal.See USA vs. J.M.R., 127 Fed. Appx.543(C.A.2nd Cir.)(4-6-05) affirmed! The C.A.(2nd Cir.)on 1-20-06 issued an order granting the Gov't.'s motion for Summary Affirmance.#05-3622-Cr.

  The movant,Prose, request's that this court <u>grant's</u> him, an extension time to file his motion. The movant is requesting 60 days.

  The movant makes this just request <u>due</u> to the following reasons:
1) due to the limited use of law library time. 2) as well as <u>due</u> to a <u>misunderstanding</u> between him & his new lawyer.Thomas P.Belsky Assist Fed.Defender  2 Whitney <u>Ave.</u> Suite 300  New Haven,Conn. 06510.
3) The movant want's Belsky to file a withdraw of his Petition For Writ of Certiorari dated 4-19-06.
4) Movant want's Belsky to file a motion to Recall of mandate back to the C.A.(2ndCir.) Claim neither the U.S.D.Court(D-Conn.) or the C.A.,2ndCir., had juris.,.of this case.
5) The movant need's and has diligently trying to obtain the following evidence, that was not presented at trial: <u>the 911 call,</u> the Police Radio Communication, etc.,. However as of yet, to no avail! (<u>Via FOI Comm., & C.G.S. § 1-200 Acess to Public Records</u>)

This  Court has <u>juris.</u>,  to entertain this motion pursuant to 28 U.S.C.S. § 2255 Federal Custody; remedies on motion attacking sentence.

_____
Jose M.Rivera # 15276-014  U.S.P. P.O. Box 1000  Lewisburg, Pa. 17837

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion For Extension Of Time To File Movant's 28 U.S.C.S. § 2255, has been mailed to the following:

Eric Glover, A.U.S.Atty., P.O. Box 1824, New Haven, Conn. 06508.

Thomas P. Belsky, Assist. Fed. Defender 2 Whitney Ave. Suite 300 New Haven, Conn. 06510.

The movant mailed a copy of the said, to the said, on the 11th day of May 2006.

Veritification

I, the movant _Jose R_____ hereby veritify's that the foregoing statements & allegations I have made herein are truth & correct to the best of my knowledge and made under the penalty of perjury, pursuant to Title 28 U.S.C. Sect. 1746 on this day __11th__ month __May__ year 2006.

(hereby*)

Jose M. Rivera # 15276-014 U.S.P. P.O. Box 1000 Lewisburg, Pa. 17837