CRIMINAL NO. 3:03-CR-241 (SVU)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, COMMUNITY CORRECTIONAL CENTER, NEW HAVEN, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **Jose Rivera**, (Prisoner #00125047, DOB: August 12, 1967), now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **Jose Rivera** before the United States District Court, District of Connecticut, at the United States Courthouse, Bridgeport, Connecticut, on Thursday, September 4, 2003, at 12:00 p.m., or from such time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said **Jose Rivera**, for a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return said **Jose Rivera** to the Warden, Community Correctional Center, 254 Whalley Avenue, New Haven, Connecticut, under safe and secure conduct.

The foregoing Writ is hereby allowed. Dated at New Haven, Connecticut, this 29th day of August, 2003.

KEVIN F. ROWE
CLERK, U. S. DISTRICT COURT

Rebecca Radko
DEPUTY CLERK

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      CRIMINAL NO. 3:03CR241 (SVU)

v.

JOSE RIVERA     AUGUST 28, 2003

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf, by Assistant United States Attorney Eric J. Glover, and respectfully informs this Honorable Court:

1. That on Friday, September 5, 2003, at 2:00 p.m., there will come before this Court, at Bridgeport, Connecticut, the criminal case of <u>United States of America v. Jose Rivera</u>, Criminal No. 3:03CR241 (SVU).

2. That on August 26, 2003, the above-named defendant, **Jose Rivera**, was charged in a one-count Indictment with being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1) and 924(e).

3. That the said **Jose Rivera** is now confined at the Community Correctional Center, New Haven, Connecticut.

4. That the said **Jose Rivera** should be presented before said District Court of the United States, District of Connecticut, for presentment and arraignment at said time and place so said defendant may be arraigned for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Community Correctional Center, New Haven, Connecticut, and the United States Marshal for the District of Connecticut, or any of his proper

deputies, ordering them to produce the said **Jose Rivera** at the United States Courthouse, Bridgeport, Connecticut, at the above time and place, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

        UNITED STATES OF AMERICA

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        */s/ Eric J. Glover*
        ERIC J. GLOVER
        ASSISTANT UNITED STATES ATTORNEY
        157 CHURCH STREET, 23RD FLOOR
        NEW HAVEN, CT 06510
        TEL. (203) 821-3700
        FEDERAL BAR NO. ct23923

I, Eric J. Glover, verify under penalty of perjury that the foregoing is true and correct of my own knowledge except as to such matters based on information and belief, and as to such matters, I believe them to be true. (28 U.S.C. § 1746.)

Executed on August 28, 2003          _____
                                                                 ERIC J. GLOVER

5/20/04 Sentenced to 120 months.

**RETURN**

Defendant delivered on Sept 4, 2003 to Bridgeport

at USDC in Bridgeport

John F. Bardelli

United States Marshal

by: Taylor, B
Deputy

2006 OCT 18 A 8:41