**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **ELSIE MATA**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

May 18, 2007

Eric J. Glover
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510

       Re: Case Name: USA v Jose Rivera
             Number: 3:03cr242 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

       Government Exhibits 1-8 and Joint Exhibit 1

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                          Sincerely,

                          Kevin F. Rowe, Clerk

                          BY ___/s/_____
                              Alice Montz
                              Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____