**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

May 18, 2007

Paul Thomas, Esq.
Federal Public Defender's Office
2 Whitney Ave., Suite 300
New Haven, CT 06510

        Re: Case Name: USA v Jose Rivera
            Number: 3:03cr242 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

      Defendant's Exhibits A-D

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                          Sincerely,

                          Kevin F. Rowe, Clerk

                          BY ___/s/_____
                              Alice Montz
                              Deputy Clerk

ACKNOWLEDGMENT:_____    DATE:_____