UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JOSE M. RIVERA

vs.

UNITED STATES OF AMERICA

# 3:03CR242(SRU)

2007 JUN 5   A 8:53

U.S. DISTRICT COURT

May 12, 2007

PETITIONER'S REPLY TO THE GOV'T'S RESPONSE TO PETITIONER'S MOTION FOR COLLATERAL RELIEF/ PETITIONER HERE REQUEST THAT THE COURT STOP THE PROCEEDINGS & ANY COMPLIANCE DEADLINES AND ORDER THE GOV'T ATTORNEY TO PRODUCE THE 911 CALL & POLICE RADIO COMMUNICATIONS AT ONCE

This court has jurisdiction to entertain this motion pursuant to F.R.Civ.P., R.37(a) Motion for order compelling disclosure.

STATEMENT OF THE FACTS

The Waterbury Police officers testified during the suppression hearing & trial, that when they had arrived at 233 River st., they had eye witnessed Jose M. Rivera, the petitioner actually possessing a firearm. As a result, they now had probable cause to arrest Rivera. However the 911 call or police radio communications were never produced before or after their testimonies.

Rivera filed a Complaint (after sentencing) regarding his lawyer Paul F. Thomas never cross examining the said witnesses with this evidence. See Rivera vs. Thomas #05-1042, contact lawyer for the panel, M.A. Georgetti 67 Russ st., Htfd., Conn. 06106, for a copy of Mr. Thomas's response to Rivera's complaint. Rivera also requested a copy of the 911 call & the police radio communications from Thomas. But to no avail!

In Eric J. Glover's (the AUSA) reply dated 1-2-03, exhibited in the Gov't's response, he clearly stated that he turned over the 911 call & police radio comm., to Thomas.

ARGUMENT

The said evidence would have substantiated or refuted those police officers testimonies. The disclosure of the said police comm., & the timings are irrefutable evidence. Rivera is requesting that the proceeding be stopped, pending the Gov't attorney production of a transcribe

version including the timings in chronological order of each event from the 911 call until the arrest of Rivera.*

The requested evidence is Jencks material!
"both R.16 and the Jencks Act entitled the defense to examine the taped material").This court sees no functional difference between undercover investigation tapes recorded at the Govt's instigation which contain prior statements of a Gov't witness and dispatch tapes which similiarly contain a gov't witness's statements."
(1994)    U.S.vs.Florack155F.R.D.49(W.D.N.Y.)

Rivera deserve's expedited proceedings in this matter,because of Thomas's misconduct. That is, he failed to provide his client R., with effective assist.,of C.,in violation of the 6th amdt.,to the U.S.Const. If Rivera would have received effective assist.,of C.,their is a reasonableprobability that he would have never been convicted. This is a unusual case. Rivera is hoping that the court will not tolerate any more of the gov't.,attorney's unnecessary undue delays in this matter,because R., is languishing in prison.

CONCLUSION

For the fooregoing reasons, this court should stop the proceedings & any compliance deadlines and order the Gov't atty.,to produce the 911 & police radio comm., transcribed including the timings at once!

(*As well as the street name & telephone # via caller Id;etc.?)

Jose M.Rivera,Prose #15276-014
U.S.P., Lewisburg
P.O. Box 1000
Lewisburg,Pa. 17837

## CERTIFICATION

This is to certify that a copy of the foregoing Petitioner's Reply To The gov't's Response to petitioner's motion for collateral Relief was sent this 14th day of May 2007 to:

    Mr. Kevin J. O'Conner, the U.S. Attorney

For   Eric J. Glover, AUSA
     U.S. Attorney's office
     157 Church St. 23rd Flr.
     New Haven, Conn. 06510

    The U.S. District Court (D-Conn.)
      J. Stefan F. Underhill
      915 Lafayette Boulevard
      Bridgeport, Conn. 06604

By: Jose M. Rivera, Prose
#15276-014
U.S.P., Lewisburg
P.O. Box 1000
Lewisburg, Pa. 17837